IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Derry Township Supervisors and : 
Selective Insurance Company of : 
America, : 
                Petitioners : 
                : 
           v. : No. 751 C.D. 2016
                : 
Workers' Compensation Appeal : 
Board (Reed), : 
                Respondent : 

# **O R D E R**

AND NOW, this 11<ins>th</ins> day of <ins>April</ins>, 2017, the opinion filed January 30, 2017, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, Senior Judge